UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:18-cv-61355-BB**

DAVID MASSEY,
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

ABC FINANCIAL SERVICES, LLC.,

      Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## JOINT NOTICE OF SETTLEMENT

Plaintiff, David Massey, and Defendant, ABC Financial Services, LLC, by and through their undersigned counsel, hereby give notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff and Defendant anticipate filing a Notice of Dismissal within thirty (30) days.

CASE NO. 0:18-cv-61355-BB

Dated: January 22, 2019                                Respectfully submitted,

**EISENBAND LAW, P.A.**                         **Gill Ragon Owen, P.A.**

*/s/ Michael Eisenband*                             */s/ Mathew B. Finch*
515 E. Las Olas Boulevard, Suite 120     425 West Capitol, Suite 3800
Ft. Lauderdale, Florida 33301                 Little Rock, AR 72201
Michael Eisenband                                   (501)376-3800
Florida Bar No. 94235                             Mathew B. Finch
MEisenband@Eisenbandlaw.com         *Pro Hac Vice*
Telephone: 954.533.4092                       Finch@Gill-law.com
                                                                 Telephone: (501)376-3800

*Counsel for Plaintiff and the Class*

                                                                 *Attorney for Defendant*

**CASE NO. 0:18-cv-61355-BB**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

<u>*/s/ Michael Eisenband*</u>
Michael Eisenband
