**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-61355-BLOOM/Valle**

DAVID MASSEY,

    Plaintiff,

v.

ABC FINANCIAL SERVICES, LLC,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [30], filed on January 22, 2019 that indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal or notice of dismissal in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, on or before **February 21, 2019**.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED.**

Case No. 18-cv-61355-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of January, 2019.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record